| Mary Ann Keeffe<br>*President* |  | *Election Director*<br>Alysoun McLaughlin |
|---|---|---|

Mary Ann Keeffe
*President*
Donice Jeter
*Vice President*
Nancy H. Dacek
*Secretary*
Nahid Khozeimeh
*Member*
Graciela Rivera-Oven
*Member*
David Naimon
*Substitute Member*
Jacqueline Phillips
*Substitute Member*

## Montgomery County
## Board of Elections
Post Office Box 4333
Rockville, Maryland 20849-4333

*Election Director*
Alysoun McLaughlin
*Deputy Election Director*
Janet A. Ross
*Senior Information Technology Specialist*
Betty Ann Lucey
*Voter Registration Manager*
N. Christine Rzeszut
*Operations Manager*
Kevin Karpinski
*Counsel*

July 8, 2014

### CERTIFICATE OF ELECTION

Exhibit #1(a)

CANDIDATE: Adol T. Owen-Williams II

PARTY AFFILIATION: Republican

OFFICE: Republican Central Committee District 17

This Certificate of Election is issued pursuant to Section 5-705(c)(2) of the Registration and Election Laws of Maryland, Title 33 of the Annotated Code of Maryland to the candidate for the office and party indicated.

Issued under Seal by the
Board of Canvassers for
Montgomery County, Maryland



Mary Ann Keeffe, Chairman

Nancy H. Dacek, Secretary

Located at: 18753 North Frederick Avenue, Suite 210 • Gaithersburg, Maryland 20879
240-777-8500 • MD Relay 1-800-735-2258 • FAX 240-777-8505
E-mail: elections@montgomerycountymd.gov • Web Site: www.777vote.org




montgomerycountymd.gov/311    301-251-4850 TTY