Mary Ann Keeffe
President
Donice Jeter
Vice President
Nancy H. Dacek
Secretary
Nahid Khozeimeh
Member
Graciela Rivera-Oven
Member
David Naimon
Substitute Member
Jacqueline Phillips
Substitute Member

Election Director
Alysoun McLaughlin
Deputy Election Director
Janet A. Ross
Senior Information
Technology Specialist
Betty Ann Lucey
Voter Registration Manager
N. Christine Rzeszut
Operations Manager
Kevin Karpinski
Counsel



## Montgomery County
## Board of Elections

Post Office Box 4333
Rockville, Maryland 20849-4333

July 8, 2014

Exhibit #1(b)

### CERTIFICATE OF NOMINATION

CANDIDATE:       Adol T. Owen-Williams II

PARTY AFFILIATION:   Republican

OFFICE:          County Council At Large

This Certificate of Nomination is issued pursuant to Section 5-705(b)(2) of the Registration and Election Laws of Maryland, Title 33 of the Annotated Code of Maryland to the candidate for the office and party indicated. It is further certified that the name of said individual, along with the respective party affiliation, will be placed on the General Election Ballot to be voted on Tuesday, November 4, 2014.

Issued under Seal by the
Board of Canvassers for
Montgomery County, Maryland

*Mary Ann Keeffe, Chairman*

*Nancy H. Dacek, Secretary*



Located at: 18753 North Frederick Avenue, Suite 210 • Gaithersburg, Maryland 20879
240-777-8500 • MD Relay 1-800-735-2258 • FAX 240-777-8505
E-mail: elections@montgomerycountymd.gov • Web Site: www.777vote.org

montgomerycountymd.gov/311   MC311 ANSWERING TO YOU   301-251-4850 TTY