REPUBLICAN STATE CNTRL COMM WASH CO
5 STOUFFER AVE
BOONSBORO MD 21713

 Susquehanna

10-31-2013

Exhibit #2(a)

Notice of Returned "Deposited/Cashed" Items
Account Number:     202698802
Account Type:       BUSINESS CHECKING

At Susquehanna Bank we are committed to providing prompt updates and
information to help you manage your accounts. Unfortunately the following
check which was deposited/cashed against your account has been returned
to us by the paying bank for the reason listed below:

| PAYOR | CHECK # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| R PATEL | 0000000126 | FROZEN/BLOCKED ACCT | $ 400.00 |

Returned item fee:                          $15.00

Any applicable fees which are stated above will be assessed according to
the terms of your account.

If you have any questions concerning the notice please contact us at the
number listed below.

Susquehanna Bank                                                  EP CB
1-800-311-3182

<SEE REVERSE SIDE FOR ADDITIONAL INFORMATION ON SUBSTITUTE CHECKS>
<DETACH HERE - NEGOTIABLE INSTRUMENT BELOW>

*031309123*
10/31/2013
0092606060

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (F)
FROZ/BLOCK ACC

FROZ/BLOCK ACC

RAKESHKUMAR PATEL
9914 LORAIN AVE
SILVER SPRING, MD 20901

7-215/520  726                126

Date 10-29-13

Pay to the order of  Wash Co. R.CC.         $ 400.00

Four Hundred Dollars

citibank
CITIBANK, N.A. BR. #726
1812 FALLS ROAD
POTOMAC, MD 20854

Memo _____

⑈052002166⑈  ⑆9108471358⑆ 0126

⑈052002166⑈   9108471358⑆0126  ⑈00000040000⑈

# DISTRICT COURT OF MARYLAND FOR WASHINGTON (City/County)

LOCATED AT (COURT ADDRESS): 

DISTRICT COURT CASE NUMBER:

RELATED CASES:

| COMPLAINANT/APPLICANT | DEFENDANT |
|---|---|
| MARILEE KERNS, TREASURER - WCRCC | RAKESHKUMAR PATEL |
| Printed Name | Printed Name |
| P. O. BOX 2875 | 9914 LORAIN AVE |
| Number and Street Address | Number and Street Address |
| HAGERSTOWN MD 21741    301-739-2118 | SILVER SPRING MD 20901 |
| City, State, and Zip Code    Telephone | City, State, and Zip Code    Telephone |
| 52-0543250 | CC# |
| Agency, sub-agency, and ID #    (Officer Only) | |

DEFENDANT'S DESCRIPTION: Driver's License# _____ Sex ___ Race ___ Ht ___ Wt ___
Hair ___ Eyes ___ Complexion ___ Other ___ D.O.B ___ ID ___

## APPLICATION FOR STATEMENT OF CHARGES FOR BAD CHECK

I, the undersigned, apply for statement of charges or warrant which may lead to the arrest of the above named Defendant because on or about **OCTOBER 24, 2013** at **FOUNTAIN HEAD COUNTRY CLUB**
Date                                                             Place
**13316 FOUNTAIN HEAD RD HAGERSTOWN MD 21740**, the above named Defendant did unlawfully obtain **8 TICKETS WITH MEALS TO EVENT** having a value of $ **400.00**
from (full legal name of business or person): **RAKESHKUMAR PATEL**
by uttering a certain bad check dated: **10/24/13**    Check No: **126**
ACCOUNT NO: **9108471358**    Drawn by: _____
on the (name/address of bank): **CITIBANK BR#726 9812 FALLS ROAD POTOMAC MD 20854**
presented to (full legal name of business or person): **MARILEE KERNS, TREAS**    Payable to: **WASH CO REPUBLICAN (**
Said check was returned from bank marked: **FROZ/BLOCK ACCT**    on (date) **10/31/13**
REGISTERED LETTER SENT (date): **11/12/13**    RETURNED MARKED: _____
(Continued on attached _____ pages) (DC/CR 44A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

_____    _____
Date                                    Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

_____    _____
Date                                    Applicant's Signature

Subscribed and sworn to before me this _____ day of _____ _____ _____
                                                                    Month              Year
Time: _____ M    Judge/Commissioner _____ I.D. _____

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
at _____   ☐ when notified by the Clerk, at the court location shown at the top of this form.
    Time

☐ I have advised applicant of shielding right.    ☐ Applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

_____    _____
Date                                    Applicant's Signature

                                    _____
                                    Commissioner        I.D.

TRACKING NUMBER

DC/CR 44 (Rev. 12/2006)