

Exhibit # 2(b)

### Maryland Judiciary Case Search Results

Search Again

Last Name: **PATEL** | First Name: **DWIGHT**

13 items found, displaying all items.
1

Note: Initial Sort is by Last Name. Sorting by other columns is available by clicking on the desired column header. Secondary sort is always Case Number.   (0.295 seconds)

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| 060100022282010 | Patel, Dwight | | Defendant | Rockville District Court | CONT | Closed | 01/20/2010 | |
| 060100062892012 | Patel, Dwight | | Defendant | Rockville District Court | CONT | ACTIVE | 03/30/2012 | |
| 060100076932004 | Patel, Dwight | | Defendant | Rockville District Court | CONT | Closed | 03/30/2004 | |
| 060100130482005 | Patel, Dwight | | Defendant | Rockville District Court | CONT | ACTIVE | 07/11/2005 | |
| 060200131862008 | Patel, Dwight | | Defendant | Silver Spring District Court 02 | CONT | ACTIVE | 05/12/2008 | |
| 107317R | Patel, Dwight | | Defendant | Montgomery County Circuit Court | LIEN | CLOSED | 10/02/2008 | |
| 107317R | Patel, Dwight | | Other | Montgomery County Circuit Court | LIEN | CLOSED | 10/02/2008 | |
| 125242R | Patel, Dwight | | Other | Montgomery County Circuit Court | LIEN | CLOSED | 08/16/2011 | |
| 125242R | Patel, Dwight | | Defendant | Montgomery County Circuit Court | LIEN | CLOSED | 08/16/2011 | |
| 130608R | Patel, Dwight | | Defendant | Montgomery County Circuit Court | LIEN | CLOSED | 09/10/2012 | |
| 130608R | Patel, Dwight | | Other | Montgomery County Circuit Court | LIEN | CLOSED | 09/10/2012 | |
| 272775V | Patel, Dwight | | Defendant | Montgomery County Circuit Court | CONFESSED JUDGMENT | CLOSED | 06/29/2006 | |
| 272775V | Patel, Dwight | | Other | Montgomery County Circuit Court | CONFESSED JUDGMENT | CLOSED | 06/29/2006 | |

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under Md.Rules 16-1001 through 16-1011.

http://casesearch.courts.state.md.us/inquiry/inquirySearch.jis          11/21/2014

13 items found, displaying all items.

1

Export options:   CSV |   Excel |   XML

Frequently Asked Questions

 

# Maryland Judiciary Case Search Results

### Search Again

Last Name: **PATEL** | First Name: **RAKESHKUMAR**

51 items found, displaying 1 to 25.
[First/Prev] **1**, 2, 3 [Next/Last]

Note: Initial Sort is by Last Name. Sorting by other columns is available by clicking on the desired column header. Secondary sort is always Case Number.   (0.015 seconds)

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| 0V70DV7 | Patel, Rakeshkumar Gordhanbhai | 05/1967 | Defendant | Annapolis District Court | Traffic | ACTIVE CASE | 07/26/2014 | |
| 2P00085115 | Patel, Rakeshkumar Jayantibhai | 11/1978 | Defendant | Charles County District Court | CR | Closed | 04/12/2013 | |
| 1E00298362 | Patel, Rakeshkumar M | | Plaintiff | Upper Marlboro District Court | CR | Closed | 10/16/2008 | |
| 4E00295943 | Patel, Rakeshkumar Madhaulal | | Plaintiff | Upper Marlboro District Court | CR | Closed | 06/16/2008 | |
| HR07676 | Patel, Rakeshkumar Madhavial | 05/1976 | Defendant | Annapolis District Court | Traffic | Closed | 06/06/2013 | |
| 0D90C81 | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Annapolis District Court | Traffic | ACTIVE CASE | 02/05/2014 | |
| 0X30CRM | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Rockville District Court | Traffic | Closed | 01/22/2012 | |
| 12X0AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Howard County District Court | Traffic | ACTIVE CASE | 09/26/2014 | |
| 12Y0AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Howard County District Court | Traffic | ACTIVE CASE | 09/26/2014 | |
| 12Z0AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Howard County District Court | Traffic | ACTIVE CASE | 09/26/2014 | |
| 1300AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Howard County District Court | Traffic | ACTIVE CASE | 09/26/2014 | |
| | Patel, | | | Howard County | | ACTIVE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1310AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | District Court | Traffic | CASE | 09/26/2014 |
| 1320AWN | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Howard County District Court | Traffic | ACTIVE CASE | 09/26/2014 |
| 26P0BHV | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Upper Marlboro District Court | Traffic | Closed | 06/10/2013 |
| 26Q0BHV | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Upper Marlboro District Court | Traffic | Closed | 06/10/2013 |
| HG35050 | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Frederick County District Court | Traffic | Closed | 01/22/2012 |
| HW91296 | Patel, Rakeshkumar Madhavlal | 05/1976 | Defendant | Upper Marlboro District Court | Traffic | Closed | 02/04/2014 |
| 0E00298501 | Patel, Rakeshkumar Madhavlal | | Plaintiff | Upper Marlboro District Court | CR | Closed | 10/16/2008 |
| 2E00295941 | Patel, Rakeshkumar Madhavlal | | Plaintiff | Upper Marlboro District Court | CR | Closed | 06/16/2008 |
| 060100031532005 | Patel, Rakeshkumar N | | Defendant | Rockville District Court | CONT | ACTIVE | 02/16/2005 |
| 0GC0CPV | Patel, Rakeshkumar Natverbhai | 07/1971 | Defendant | Rockville District Court | Traffic | ACTIVE CASE | 08/16/2013 |
| 0R40CPV | Patel, Rakeshkumar Natverbhai | 07/1971 | Defendant | Rockville District Court | Traffic | ACTIVE CASE | 06/11/2014 |
| 3SY0CJF | Patel, Rakeshkumar Natverbhai | 07/1971 | Defendant | Rockville District Court | Traffic | Closed | 01/20/2012 |
| 3SZ0CJF | Patel, Rakeshkumar Natverbhai | 07/1971 | Defendant | Rockville District Court | Traffic | Closed | 01/20/2012 |
| 3T00CJF | Patel, Rakeshkumar Natverbhai | 07/1971 | Defendant | Rockville District Court | Traffic | Closed | 01/20/2012 |

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under Md. Rules 16-1001 through 16-1011.

51 items found, displaying 1 to 25.
[First/Prev] **1**, 2, 3 [Next/Last]

Export options:   CSV |   Excel |   XML

Frequently Asked Questions