Print                                                                                                   Close

Exhibit #2 (c)

From: **Adol OwenWilliams II** (the1andonlyadol@hotmail.com)
Sent: Tue 4/08/14 11:29 PM
To:   mhiggsgop@gmail.com (mhiggsgop@gmail.com); Katja Bullock (katja.bullock@gmail.com); Mark Uncapher (uncapher@gmail.com); mark@uncapher.net (mark@uncapher.net)

Mike, Katja, & Mark,

This is an EXTREMELY SENSITIVE issue so I will make every effort to convey it as delicately as possible. Today I stopped by the MCRCC HQ as I periodically do a couple of times a week, I proceeded to use the PC to send out an MCRCC email regarding the Kentland's Day Parade and Festival. When I went to turn on the PS it was already on, as it sometimes is left on when a certain person routinely uses it.

This time I was greeted with an extremely distressing and lengthy warning page from the FBI informing me the reader that the PC I was on has been routinely monitored due to the fact that it has been downloading and viewing copious amounts of Child Pornography; the warning notice went on to inform me that various forms of identifying electronic markers on the PC were already recorded by the FBI.

The page that I found the PC left on, as I have on numerous occasions, was a private password protected page of a certain vice chair member of the MCRCC who has recently had cash flow issues which almost resulted in an extremely embarrassing Police issue for the County GOP in January. I shall once again leave it up to you three who are his apparently closeR friends to address this situation with him and bluntly convey to him that this CAN NOT BE ALLOWED TO CONTINUE at the MCRCC HQ!!!

Please also convey to him that, using the old baseball metaphor, should I have chosen to either quell or suppress yet another situation similar to this which if made public could prove to be deleterious, if not fatal, to the MCRCC body, I will be left with no other alternative but to ask that he resign from the MCRCC and withdraw for the MCGOP, as it is now my understanding that he was forced to do back in the 1990's due to his irresponsible fiscal misconduct.

All The Best,
Adol

Print           Close

From: **Michael Higgs** (mhiggsgop@gmail.com)
Sent: Wed 4/09/14 7:57 AM
To: the1andonlyadol@hotmail.com; katja.bullock@gmail.com

http://usatoday30.usatoday.com/video/computer-scam-accuses-you-of-viewing-child-porn/2093740614001

Very unfortunate accusation of your fellow MCGOP member who as far as I know has never had any run-ins with the law.

Michael Higgs
Chairman, Montgomery County Republican Party


-------- Original message --------
From: Adol OwenWilliams II
Date:04/08/2014 11:29 PM (GMT-05:00)
To: mhiggsgop@gmail.com,Katja Bullock ,Mark Uncapher ,mark@uncapher.net
Subject: Headquarters' PC Situation

Print

Close

From: **Adol OwenWilliams II** (the1andonlyadol@hotmail.com)
Sent: Wed 4/09/14 11:32 AM
To: Michael Higgs (mhiggsgop@gmail.com); Katja Bullock (katja.bullock@gmail.com); Mark Uncapher (uncapher@gmail.com); mark@uncapher.net (mark@uncapher.net)

Mike,

I respectfully suggest that before taking a side in this, or any matter, is that you keep in mind that there's a great deal of history that you don't know, which you don't realize that you don't know. My ONLY motivation behind this discrete notification to you, Mark and Katja is the well being of the MCRCC and any candidate associated with it.

Adol

https://blu175.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-us     11/21/2014

From: **mark uncapher** (uncapher@gmail.com)
Sent: Wed 4/09/14 12:49 PM
To: Adol OwenWilliams II (the1andonlyadol@hotmail.com)
Cc: Michael Higgs (mhiggsgop@gmail.com); Katja Bullock (katja.bullock@gmail.com); mark@uncapher.net (mark@uncapher.net)

Adol-

I certainly appreciate your reaction to the computer message, it is alarming. However we shouldn't jump to conclusions based on what most certainly is a computer scam. It is not the format of a message that the FBI would send out.

The computer appears to be infected with malware. Since it is a public computer with multiple users, it would be prudent to 1) make sure the anti-virus software is up to date, 2) establish an administrative protocol that prevents unauthorized programs form being downloaded on the computer and 3) track the websites being accessed form the computer.

There are not "sides" to this, there is a problem with a computer which can be addressed. There is not cause or basis to speculate beyond that.

Mark

Print                                                                                           Close

From: **Adol OwenWilliams II** (the1andonlyadol@hotmail.com)
Sent: Sat 4/12/14 5:10 PM
To: mark uncapher (uncapher@gmail.com)
Cc: Michael Higgs (mhiggsgop@gmail.com); Katja Bullock (katja.bullock@gmail.com); mark@uncapher.net (mark@uncapher.net)
Bcc: the1andonlyadol@hotmail.com (the1andonlyadol@hotmail.com)

Mark,

Your position seems to be rational and well reason, I hope that your ideas can be discussed and immediately implemented.

Adol T. Owen-Williams, II