IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIVISION
GREENBELT, MARYLAND

| | | |
|---|---|---|
| MONTGOMERY COUNTY REPUBLICAN CENTRAL COMMITTEE<br>15833 Crabbs Branch Way<br>Rockville, Maryland<br>20853 | *<br><br>*<br>* | CASE #<br><br>Before |
| Plaintiff | * | THE HONORABLE |
| | * | |
| Vs. | | |
| | * | |
| MICHAEL HIGGS<br>KATJA BULLOCK<br>RAKESHKUMAR "DWIGHT" PATEL &<br>MARK UNCAPHER<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, Maryland<br>20854 | *<br><br>*<br><br>*<br><br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR EMERGENCY TEMPORARY RESTRAINING ORDER
&
COMPLAINT FOR JUDICIAL REVIEW FOR COURT ORDERED
FINANCIAL AUDIT BY THE STATE REPUBLICAN PARTY AND
SHOW CAUSE HEARING TO INVALIDATE THE CENTRAL
COMMITTEE LEADERSHIP ELECTION OF NOVEMBER 11th 2014**

## ORDER

Upon consideration of the "PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER & PLAINTIFF'S MOTION FOR JUDICIAL REVIEW FOR SHOW CAUSE HEARING TO INVALIDATE THE CENTRAL COMMITTEE LEADERSHIP ELECTION OF NOVEMBER 11th, 2014" and any opposition thereto, The Court

hereby GRANTS the PLAINTIFF'S MOTIONS FOR IMMEDIATE TEMPORARY RESTRAINING ORDER in the above-mentioned Complaint, it is this _____ day of _____, 2015,

    ORDERED, that the "PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER" in the above-mentioned COMPLAINT be and hereby is GRANTED.

    ORDERED, that the "PLAINTIFF'S MOTION FOR COURT ORDERED FINANCIAL AUDIT BY THE STATE REPUBLICAN PARTY AND JUDICIAL REVIEW BY THE COURT FOR SHOW CAUSE HEARING TO INVALIDATE THE CENTRAL COMMITTEE ELECTION OF NOVEMBER 11th, 2014" in the above-mentioned COMPLAINT be and hereby is GRANTED.

    ORDERED, that the "PLAINTIFF'S REQUEST THAT THE DEFENDANTS' BE PROHIBITED FROM ACCESS TO ANY AND ALL OF THE MONTGOMERY COUNTY REPUBLICAN CENTRAL COMMITTEE ASSTES PENDING THE JUDICIAL REVIEW HEARING" in the above-mentioned COMPLAINT be and hereby is GRANTED.

    ORDERED, that any and all pending Financial Decisions and Appointments made by the present Montgomery County Central Committee after November 11th, 2014 be Temporarily Suspended pending the outcome of the Judicial Review Hearing.

    ORDERED, that the Assets of the MCRCC be transferred to the Guardianship and Protection of the Maryland State Republican Central Committee Leadership at 95 Cathedral Street, Suite 100 Annapolis Maryland 21401 pending the results of the Plaintiff's subsequent Motion for a Court Ordered Audit and Judicial Review and Show Cause Hearing to Invalidate the unlawful Montgomery County Maryland Republican Central Committee Leadership Election of November 11th, 2014.

_____       _____

Judge                                                   Date
Montgomery County District Court